1C

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# RECEIVED

**JUN 20 2025** L)

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

Ashley C. Jordan

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:25-cv-06854
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey T. Gilbert
RANDOM / Cat. 2

VS.

GE HealthCare

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

## CHECK ONE ONLY:

**_X_**     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

**_____**     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

**_X_**     **OTHER** (cite statute, if known) Civil Rights Act of 1871
Protection Ku Klux Klan violence

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.     **Plaintiff(s):**

   A.    Name: _____ N/a _____

   B.    List all aliases: _____ N/a _____

   C.    Prisoner identification number: _____ N/a _____

   D.    Place of present confinement: _____ N/a _____

   E.    Address: _____ N/a _____

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.    Defendant: _____ N/a _____

         Title: _____ N/a _____

         Place of Employment: _____ N/a _____

   B.    Defendant: _____ N/a _____

         Title: _____ N/a _____

         Place of Employment: _____ N/a _____

   C.    Defendant: _____ N/a _____

         Title: _____ N/a _____

         Place of Employment: _____ N/a _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Ashley Jordan v Honeywell FM&T docket number / / unknown.

B. Approximate date of filing lawsuit: November, 2019

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: —

D. List all defendants:

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): MO, ( Kansas )

F. Name of judge to whom case was assigned:

G. Basic claim made: Race, Discrimination

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Closed. Settle in mediation

I. Approximate date of disposition:

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I applied for HR Business Partner Position on or around 4/11/2024 Req. 4005602 and Senior HR Business Partner role req 4005911 on 4/2/2024. I believe discrimination occurred on 6/4/2024. I received a rejection notice on 6/4/2024. I was not scheduled for an interview, I believe I was discriminated against as an applicant. based or race, national origin, and religion. EEOC Charge No. 440-2024-12765, Right to Sue letter was issued 03/24/2025.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.     Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

Investigate these claims, Protect workers and professionals from workplace violence, workplace lynchings. I want to be Compensated for my injuries and protected from police retailations and attacks. I need to be Vindicated and Compensated for financial losses and emotional injuries. Restore workplace Safety and help maintain hostile free environments.

VI.    The plaintiff demands that the case be tried by a jury.   ☐ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____06____ day of ___20___ , 20 _25_

_____

(Signature of plaintiff or plaintiffs)

Ashley   C.   Jordan
_____

(Print name)

_____

(I.D. Number)

_____

_____

(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]